Court Exhibit 6
11/30/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

DAVID NORMAN,
  a/k/a "Jim Norman,"

    Defendant.

------------------------------------------------------------X

S1 07 Cr. 961 (KBF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 31 2013

# VERDICT FORM

## PLEASE CHECK (√) YOUR ANSWER

## THE JURY'S VERDICT MUST BE UNANIMOUS

<u>Count One:</u>     Conspiracy to Commit Wire Fraud

1. As to Count One, how do you find the defendant, DAVID NORMAN, guilty or not guilty?

    \_\_\_\_ Not Guilty

    \_✓\_ Guilty

**[Proceed to sign the verdict form. Go to next page.]**

**After completing the form, each juror who agrees with the verdict must sign below (by number):**

_MAXINE BARTELS_
FOREPERSON

_Taryn Harris_

_Alexa Alcaide_

_Monica Beaudreau_

_Lucie Matthew_

_[signature]_

_1/30/2013_
DATE

_Kent Y_

_[signature]_

_Alonso Ruiz_

_[signature]_

_Christine Dwyer_

_Sandra Parker_

3