```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 13, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

           -v-

David Norman,
                               Defendant(s).
------------------------------------------------------------X

07 Cr. 961 (KBF)

ORDER

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a conference with the Court on March 12, 2013, it is hereby ORDERED as follows:

- Deveraux Cannick is hereby relieved as counsel for defendant David Norman. Pursuant to the Criminal Justice Act, Megan Wolfe Benett is appointed to assume representation or Mr. Norman. Ms. Benett is directed to file a notice of appearance on CM/ECF.

- The sentencing of defendant David Norman is hereby adjourned to Friday, July 12, 2013, at 10:00 a.m. Sentencing submissions from defendant are due June 28, 2013. Government submissions are due July 5, 2013.

SO ORDERED:

Dated:    New York, New York
           March 13, 2013

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge