USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 15 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA           :
                                  :
         -v.-                      :      PRELIMINARY ORDER OF
                                  :      FORFEITURE/MONEY
DAVID NORMAN,                      :      JUDGMENT
   a/k/a "Jim Norman,"             :
                                  :      S1 07 Cr. 961 (KBF)
              Defendant.           :
                                  :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about July 31, 2008, DAVID NORMAN a/k/a "Jim Norman," (the "defendant"), was charged in a one-count Superseding Indictment, S1 07 Cr. 961 (KBF) (the "Indictment"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the said offense, including but not limited to the following: (a) At least $5 million in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the wire fraud conspiracy offense charged in Count One of the Indictment;

        WHEREAS, on or about January 30, 2013, the defendant was found guilty, following a jury trial, of Count One of the Indictment; and

WHEREAS, on or about July 12, 2013, the defendant was sentenced and ordered to forfeit $2,197,637.04 in United States currency, representing proceeds obtained as a result of the offense charged in Count One of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant was found guilty, a money judgment in the amount of $2,197,637.04 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, this Order is final as to the defendant, DAVID NORMAN, a/k/a "Jim Norman," and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service, shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable in this instance to the United States Marshals Service, and

delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       July 12, 2013

SO ORDERED:

_____
HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

3